**Writ of Mandamus Dismissed; Opinion issued March 27, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00243-CV**

**IN RE TIMOTHY SCOTT HARRIMAN, Relator**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F94-01553-ML**

**MEMORANDUM OPINION**
Before Justices Bridges, Murphy, and Lewis
Opinion by Justice Bridges

Relator contends the trial court failed to act on his motion for DNA testing. The facts and issues are well known to the parties, so we need not recount them herein. The relief requested by relator has been granted. Therefore, the issues presented in this petition are moot. *See Dow Chem. Co. v. Garcia*, 909 S.W.2d 503, 505 (Tex. 1995) (orig. proceeding). Accordingly, we **DISMISS** relator's petition for a writ of mandamus.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

130243F.P05